1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10    JOHN GARRETT SMITH,                     CASE NO. 23-cv-5013 MJP-MLP

11                         Plaintiff,          ORDER ADOPTING THE REPORT
                                               AND RECOMMENDATION
12           v.

13    TIMOTHY THRASHER,

14                         Defendant.

15

16          Having reviewed the Report and Recommendation of the Honorable Michelle L.

17    Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining

18    record, the Court finds and ORDERS:

19          (1) The Court ADOPTS the Report and Recommendation.

20          (2) Petitioner's petition for writ of habeas corpus (Dkt. Nos. 2, 11), and this action, are

21    DISMISSED for lack of jurisdiction.

22          (3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United

23    States District Courts, a certificate of appealability is DENIED.

24

The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated March 7, 2023.

Marsha J. Pechman
United States Senior District Judge